*Hirst et al., Petitioners, v. W. Wash. Growth Mgmt. Hr'gs Bd., Respondent,* No. 91475-3. Petition for review of a decision of the Court of Appeals, Nos. 70796-5-I, 72132-1-I, and 70896-1-I, February 23, 2015, 186 Wn. App. 32. *Granted* July 8, 2015.

*Kitsap County, Respondent, v. Kitsap Rifle & Revolver Club, Petitioner,* No. 91056-1. Petition for review of a decision of the Court of Appeals, Nos. 43076-2-II and 43243-9-II, October 28, 2014, 184 Wn. App. 252. *Denied* July 8, 2015.

*State, Respondent, v. Nichols, Petitioner,* No. 91182-7. Petition for review of a decision of the Court of Appeals, No. 31037-0-III, October 28, 2014, 184 Wn. App. 1020. *Denied* July 8, 2015.

*In re Application of Smith,* No. 91308-1. Petition for review of a decision of the Court of Appeals, No. 71130-0-I, January 12, 2015, 185 Wn. App. 1020. *Denied* July 8, 2015.

*State, Respondent, v. Allen, Petitioner,* No. 91327-7. Petition for review of a decision of the Court of Appeals, No. 31578-9-III, October 9, 2014, 183 Wn. App. 1046. *Denied* July 8, 2015.

*State, Respondent, v. Mendoza-Gomez, Petitioner,* No. 91337-4. Petition for review of a decision of the Court of Appeals, No. 70506-7-I, January 20, 2015, 185 Wn. App. 1025. *Denied* July 8, 2015.

*State, Respondent, v. Garza, Petitioner,* No. 91363-3. Petition for review of a decision of the Court of Appeals, No. 31776-5-III, January 27, 2015, 185 Wn. App. 1038. *Denied* July 8, 2015.

*Lightner, Respondent, v. Shoemaker et al., Petitioners,* No. 91365-0. Petition for review of a decision of the Court of Appeals, No. 70746-9-I, December 22, 2014, 185 Wn. App. 1007. *Denied* July 8, 2015.